# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| MJM YACHTS, LLC ) | |
| ) | CASE NO.: 2:21-cv-906-MBS |
| Plaintiff, ) | |
| vs. ) | **SCHEDULING ORDER FOR** |
| ) | **COMPLETION OF** |
| RAM INVESTMENTS OF SOUTH ) | **JURISDICTIONAL DISCOVERY** |
| FLORIDA, INC. d/b/a SEAVEE BOATS ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Pursuant to the court's instruction, ECF No. 27, Plaintiff MJM YACHTS, LLC and Defendant RAM INVESTMENTS OF SOUTH FLORIDA, INC. d/b/a SEAVEE BOATS submitted a Joint Motion to Adopt Joint Schedule to Complete Jurisdictional Discovery ("Joint Motion") along with a proposed scheduling order. ECF No. 29. The court grants in part and denies in part the Joint Motion and orders completion of jurisdictional discovery as follows:

| | |
|---|---|
| October 28, 2021 | MJM shall amend Request for Production No. 6 and Request for Production No. 7, as set forth in the court's Order. ECF No. 27. |
| December 3, 2021 | SEAVEE shall provide Answers to MJM's Interrogatories not already answered, and shall amend or supplement Answers previously served in compliance with the court's Order, ECF 27. SEAVEE shall respond to MJM's Requests for Production 1 through 5 as previously served, as well as MJM's Amended Requets for Production Numbers 6 and 7. |
| December 17, 2021 | MJM shall notice two (2) depositions to occur no later than January 28, 2022. |
| February 11, 2022 | The Parties shall each submit supplemental briefs to the Motion to Dismiss. |

**IT IS SO ORDERED.**

October 28, 2021
Charleston, South Carolina

/s/Margaret B. Seymour
Margaret B. Seymour
Senior United States District Judge